UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN OWENS,

    Petitioner,

v.                                                    Case No. 8:08-cv-1531-17MSS

UNKNOWN,

    Respondent.
_____/

**ORDER**

THIS CAUSE was initiated upon the filing of a motion for a writ of habeas corpus by Petitioner Kevin Owens. Owens lists a plethora of claims, procedural history events, and alleged violations of his right to due process during his detention at the Pinellas County Jail. After a careful reading of the document, the Court cannot determine what claims Owens is raising. Furthermore, the Court cannot determine whether or not Owens has been convicted and sentenced by the state courts, and if so, whether he has exhausted his state court remedies.

Accordingly, the Court orders:

1. That Owens' purported motion for a writ of habeas corpus (Doc. No. 1) is denied, without prejudice to his filing a new petition on the proper form in a new case with a new case number.

2. That Owens' motion for leave to proceed in forma pauperis (Doc. No. 2) is denied as moot.

The Clerk is directed to send Owens a form for filing a 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus and an Affidavit of Indigency. The Clerk is directed to enter judgment against Owens and to close this case.

ORDERED at Tampa, Florida, on August 15, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Kevin Owens